REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

2009 AU 19 PM 12: 35

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY:_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [Count One – Vio: 18 U.S.C. §922(g)(1) |
| | § | & 924(a)(2): Possession of Ammunition |
| JUAN MARCELINO ARROYOS | § | by a Convicted Felon]. |

THE GRAND JURY CHARGES:

**DR09CR1054**

COUNT ONE
[18 U.S.C. §922(g)(1) & §924(a)(2)]

That on or about June 25, 2009, in the Western District of Texas, Defendant,

JUAN MARCELINO ARROYOS,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

the Defendant was convicted in the 38th District Court of Uvalde County, Texas, of Delivery of a

Controlled Substance, in Cause No. 97-06-9532-CR; did knowingly possess in and affecting

commerce ammunition, namely .40 Smith & Wesson caliber ammunition, in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

JOHN E. MURPHY
Acting United States Attorney

By:_____
   BENJAMIN D. SEAL
   Assistant United States Attorney

DR09CR1054

SEALED:

UNSEALED: XX

# PERSONAL DATA SHEET

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# DEL RIO DIVISION

COUNTY: Zavala                                 USAO #: _____

DATE: August 19, 2009                     MAG. CT. #: MATTER_____

AUSA: Benjamin D. Seal

DEFENDANT: JUAN MARCELINO ARROYOS_____

DATE OF BIRTH: _____

ADDRESS:_____

CITIZENSHIP: United States

INTERPRETER NEEDED: No     Language: _____

DEFENSE ATTORNEY: NONE AT THIS TIME

ADDRESS OF ATTORNEY: _____

PROBATION OFFICER: N/A_____

NAME AND ADDRESS OF SURETY: N/A_____

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description)COUNT 1: 18 U.S.C. §922(g)(1) & 924(a)(2): Possession of Ammunition by a Convicted Felon.

OFFENSE IS A: FELONY.

MAXIMUM SENTENCE: 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY:          Yes XX     No XX

REMARKS: See above_____WDTX-Cr-3